1  Robyn E. Bladow (CA Bar No. 205189)
2  rbladow@kirkland.com
   Kirkland & Ellis LLP
3  555 South Flower Street, Suite 3700
4  Los Angeles, CA 90071
   Telephone: (213) 680-8400
5  *Counsel of Record for Defendant Instructure, Inc.*
6  (*Additional counsel listed on signature page*)

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                    **WESTERN DIVISION**

11

12  JASMINE HERNANDEZ-SILVA, et        Case No. 2:25-cv-02711-SB-MAA
    al.,
13                                     **DEFENDANT INSTRUCTURE,**
                                       **INC.'S NOTICE OF MOTION AND**
14                    Plaintiffs,      **MOTION TO DISMISS**

15                                     [Memorandum of Points and Authorities,
    v.                                 Declaration of Martin L. Roth, and
16                                     [Proposed] Order filed concurrently
    INSTRUCTURE, INC.,                 herewith]
17
                                       
18                    Defendant.       Date:        July 18, 2025
19                                     Time:        8:30 a.m.
                                       Courtroom:   6C
20                                     Judge:       Hon. Stanley Blumenfeld, Jr.
21

22

23

24

25

26

27

28

**TO THE HONORALBE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that, on July 18, 2025, at 8:30 a.m., in Courtroom 6C of the U.S. Courthouse located at 350 West 1st Street in Los Angeles, California, 90012, Defendant Instructure, Inc. ("Instructure") will and hereby does move the Court to dismiss Plaintiffs' Amended Complaint under Federal Rule of Civil Procedure 12(b)(6). As set forth in the accompanying Memorandum of Points and Authorities, there is good cause to grant the relief requested, because Plaintiffs fail to state any claim upon which relief can be granted.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the concurrently filed declaration of Martin L. Roth, the pleadings and papers filed in this action, and upon such further argument and matters that may be offered at the time of hearing on the Motion.

Dated: June 2, 2025

*/s/ Martin L. Roth*
Robyn E. Bladow (CA Bar No. 205189)
rbladow@kirkland.com
Kirkland & Ellis LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400

Mark McKane, P.C. (CA Bar No. 230552)
mark.mckane@kirkland.com
Kirkland & Ellis LLP
555 California Street, 27th floor
San Francisco, CA 94104
Telephone: (415) 439-1400

Martin L. Roth, P.C. (*pro hac vice*)
martin.roth@kirkland.com
Alyssa C. Kalisky, P.C. (*pro hac vice*)
alyssa.kalisky@kirkland.com
Kirkland & Ellis LLP
333 West Wolf Point Plaza

1
2

Chicago, IL 60654
Telephone: (312) 862-2000

3
4
5
6
7

Olivia Adendorff, P.C. (*pro hac vice*)
olivia.adendorff@kirkland.com
Kirkland & Ellis LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770

8

*Counsel of Record for Defendant Instructure, Inc.*

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>CERTIFICATION OF L.R. 7-3 MEET AND CONFER</u>

I certify that the parties met by videoconference pursuant to L.R. 7-3 on May 28, 2025, thoroughly discussed each and every issue raised in the motion, and attempted in good faith to resolve the motion in whole or in part.  The parties were not able to reach a resolution short of the filing of this motion.


Dated: June 2, 2025

                                        */s/ Martin L. Roth*
                                        Martin L. Roth

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of June, 2025, I electronically filed the foregoing Notice of Motion and Motion to Dismiss with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

*/s/ Martin L. Roth*
Martin L. Roth