1
2
3
4

UNITED STATES DISTRICT COURT

5

CENTRAL DISTRICT OF CALIFORNIA

6
7
8
9
10
11
12
13
14
15

JASMINE HERNANDEZ-SILVA, et al.,

Plaintiffs,

v.

INSTRUCTURE, INC.,

Defendant.

Case No. 2:25-cv-02711-SB-MAA

**[PROPOSED] ORDER GRANTING DEFENDANT INSTRUCTURE, INC.'S MOTION TO DISMISS**

16
17
18
19
20
21
22
23
24
25
26
27
28

1    Defendant Instructure, Inc.'s Motion to Dismiss Plaintiffs' Amended Complaint

2    (Dkt. 33) pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion") came on

3    regularly for hearing before this Court on July 18, 2025, at 8:30 a.m.

4        Having considered Defendant's papers, and good cause appearing therefore,

5        IT IS HEREBY ORDERED that Defendant's Motion is GRANTED.  Plaintiffs'

6    Amended Complaint is dismissed with prejudice for failure to state a claim under

7    Federal Rule of Civil Procedure 12(b)(6).

8

9    Dated:    _____

10                         Stanley Blumenfeld, Jr.
                          United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28