Robyn E. Bladow (CA Bar No. 205189)
rbladow@kirkland.com
Kirkland & Ellis LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone:  (213) 680-8400
*Counsel for Defendant Instructure, Inc.*
(*Additional counsel listed on signature page*)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE HERNANDEZ-SILVA, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>INSTRUCTURE, INC.,<br><br>                    Defendant. | Case No. 2:25-cv-02711-SB-MAA<br><br>**JOINT STATEMENT IN RESPONSE TO MAY 19, 2025 ORDER [DKT. 46]** |

**JOINT STATEMENT**

Pursuant to Local Rule 7-1, Plaintiffs and Defendant in the above-captioned action, by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**, on May 19, 2025, the Court entered an Order Denying Stipulation [Dkt. No. 35], ordering Defendant to notice the motion to dismiss for hearing on July 18, 2025 at 8:30 AM. *See* No. 2:25-cv-02711-SB-MAA, Dkt. No. 46.

**WHEREAS**, on May 19, 2025, the Court entered a Mandatory Scheduling Conference (MSC) Order, scheduling the MSC for July 18, 2025 at 8:30 AM. *See id.* Dkt. No. 47.

**WHEREAS**, the Order Denying Stipulation [Dkt. No. 35] orders the Parties to file a joint statement by June 2, 2025 that requests alternative dates for the aforementioned motion hearing and MSC in the event that lead counsel expect to be on preplanned vacations on July 18, 2025. *See id.* Dkt. No. 46.

**WHEREAS**, lead counsel for Defendant has preplanned travel on July 18, 2025.

**WHEREAS**, the Parties have conferred and agreed to request a new date for the motion to dismiss hearing and the MSC.

**IT IS HEREBY STIPULATED**, subject to the approval of the Court, that the Court will reset the motion to dismiss hearing for either August 1, 2025 at 8:30 AM or August 15, 2025 at 8:30 AM, whichever is most convenient for the Court.

**IT IS FURTHER STIPULATED**, subject to the approval of the Court, that the Parties will participate in the MSC on either August 1, 2025 at 8:30 AM or August 15, 2025 at 8:30 AM, whichever is most convenient for the Court.

Dated:  June 2, 2025                    */s/ Martin L. Roth*

Robyn E. Bladow (CA Bar No. 205189)
rbladow@kirkland.com
Kirkland & Ellis LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone:  (213) 680-8400

Mark McKane, P.C. (CA Bar No. 230552)
mark.mckane@kirkland.com
Kirkland & Ellis LLP
555 California Street, 27th floor
San Francisco, CA 94104
Telephone:  (415) 439-1400

Martin L. Roth, P.C. (*pro hac vice*)
martin.roth@kirkland.com
Alyssa C. Kalisky, P.C. (*pro hac vice*)
alyssa.kalisky@kirkland.com
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone:  (312) 862-2000

Olivia Adendorff, P.C. (*pro hac vice*)
olivia.adendorff@kirkland.com
Kirkland & Ellis LLP
4550 Travis Street
Dallas, TX 75205
Telephone:  (214) 972-1770

*Counsel for Defendant Instructure, Inc.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/ Andrew Liddell*
Andrew Liddell*
**EDTECH LAW CENTER PLLC**
P.O. Box 300488
Austin, Texas 78705
(737) 351-5855
julie.liddell@edtech.law
andrew.liddell@edtech.law

Brandon M. Wise*
**PEIFFER WOLF CARR
KANE CONWAY & WISE LLP**
One US Bank Plaza, Suite 1950
St. Louis, MO 63101
(314) 833-4825
bwise@peifferwolf.com

Andrew R. Tate*
**PEIFFER WOLF CARR
KANE CONWAY & WISE LLP**
235 Peachtree St. NE, Suite 400
Atlanta, GA 30303
(314) 669-3600
atate@peifferwolf.com

Melisa A. Rosadini-Knott
(California Bar No. 316369)
**PEIFFER WOLF CARR
KANE CONWAY & WISE LLP**
3435 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90010-1923
323-982-4109
mrosadini@peifferwolf.com

Lori G. Feldman*
**GEORGE FELDMAN MCDONALD, PLLC**
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
(917) 983-9321
LFeldman@4-Justice.com
eService@4-justice.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Brittany L. Sackrin*
**GEORGE FELDMAN MCDONALD, PLLC**
9897 Lake Worth Road, Suite 302
Lake Worth, Florida 33467
(561) 232-6002
BSackrin@4-Justice.com
eService@4-Justice.com

Karen Dahlberg O'Connell*
**ALMEIDA LAW GROUP LLC**
157 Columbus Ave, 4th Floor
New York NY 10023
(347) 395-5666
karen@almeidalawgroup.com

Britany A. Kabakov*
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
(708) 529-5418
britany@almeidalawgroup.com

* *pro hac vice* granted

*Counsel for Plaintiffs and the Proposed Classes*

1

## **ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated:  June 2, 2025

*/s/ Martin L. Roth*
Martin L. Roth, P.C.