UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE HERNANDEZ-SILVA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INSTRUCTURE, INC., <br><br> Defendant. | Case No. 2:25-cv-02711-SB-MAA <br><br> **[PROPOSED] ORDER GRANTING JOINT STATEMENT IN RESPONSE TO MAY 19, 2025 ORDER [DKT. 46]** |

Having duly considered the Parties' Joint Statement In Response To May 19, 2025 Order [Dkt. 46] and finding good cause therefore, the Court hereby resets the motion to dismiss hearing for August __, 2025 at 8:30 AM. The Court further resets the July 18, 2025 mandatory scheduling conference (MSC) for August __, 2025 at 8:30 AM.

Dated: _____

                                                    Stanley Blumenfeld, Jr. <br>
                                                  United States District Judge