Robyn E. Bladow (CA Bar No. 205189)
rbladow@kirkland.com
Kirkland & Ellis LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400

*Attorneys for Defendant Instructure, Inc.*
(*Additional counsel listed on signature page*)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| JASMINE HERNANDEZ-SILVA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INSTRUCTURE, INC., <br><br> Defendant. | Case No. 2:25-cv-02711-SB-MAA <br><br> **INSTRUCTURE, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS** <br><br> Date: August 1, 2025 <br> Time: 8:30 a.m. <br> Courtroom: 6C <br> Judge: Hon. Stanley Blumenfeld, Jr. |

Defendant Instructure, Inc. respectfully writes to notify the Court of the recent decision in *Stevens v. TD Bank, N.A.*, No. 1:24-cv-08311-RMB-AMD (D.N.J. June 27, 2025, ECF No. 29), attached as Exhibit A.  This decision, issued after Defendant had filed its Reply in Support of Motion to Dismiss, is relevant to the issues presented in Defendant's Motion to Dismiss, the hearing on which is set for August 1, 2025.

Dated:  July 8, 2025

/s/ *Martin L. Roth*
Robyn E. Bladow (CA Bar No. 205189)
rbladow@kirkland.com
Kirkland & Ellis LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone:  (213) 680-8400D

Mark McKane, P.C. (CA Bar No. 230552)
mark.mckane@kirkland.com
Kirkland & Ellis LLP
555 California Street, 27th floor
San Francisco, CA 94104
Telephone:  (415) 439-1400

Martin L. Roth, P.C. (*pro hac vice*)
martin.roth@kirkland.com
Alyssa C. Kalisky, P.C. (*pro hac vice*)
alyssa.kalisky@kirkland.com
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone:  (312) 862-2000

Olivia Adendorff, P.C. (*pro hac vice*)
olivia.adendorff@kirkland.com
Kirkland & Ellis LLP
4550 Travis Street
Dallas, TX 75205
Telephone:  (214) 972-1770

*Counsel for Defendant Instructure, Inc.*