1

**EXHIBIT B**

2

**DECLARATIONS IN SUPPORT OF REMOTE APPEARANCE**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Robyn E. Bladow (CA Bar No. 205189)
2  rbladow@kirkland.com
   Kirkland & Ellis LLP
3  555 South Flower Street, Suite 3700
4  Los Angeles, CA 90071
   Telephone: (213) 680-8400
5
6  Olivia Adendorff, P.C. (*pro hac vice*)
   olivia.adendorff@kirkland.com
7  Kirkland & Ellis LLP
8  4550 Travis Street
   Dallas, TX 75205
9  Telephone: (214) 972-1770
10
11 *Attorneys for Defendant Instructure, Inc.*

12              **UNITED STATES DISTRICT COURT**

13             **CENTRAL DISTRICT OF CALIFORNIA**

14                      **WESTERN DIVISION**

15

| | Case No. 2:25-cv-02711-SB-MAA |
|---|---|
| 16  JASMINE HERNANDEZ-SILVA, et al., | **DECLARATION OF OLIVIA ADENDORFF REGARDING REMOTE APPEARANCE** |
| 17 | |
| 18                        Plaintiffs, | |
| 19 | Date:         August 1, 2025 |
| 20  v. | Time:         8:30 a.m. |
| | Courtroom:  6C |
| 21  INSTRUCTURE, INC., | Judge:        Hon. Stanley Blumenfeld, Jr. |
| 22 | |
| 23                        Defendant. | |
| 24 | |

25

26

27

28

1

## **DECLARATION OF OLIVIA ADENDORFF**

2   I, OLIVIA ADENDORFF, declare as follows:

3      I am over 18 years of age and an attorney admitted to practice *pro hac vice* before

4   this Court.

5      I am a Partner with the law firm of Kirkland & Ellis LLP, attorneys of record for

6   Defendant Instructure, Inc. ("Instructure") in this matter.

7      I have personal knowledge of all facts and matters set forth herein and could and

8   would competently and truthfully testify to the same if called as a witness and placed

9   under oath.

10      The Mandatory Scheduling Conference ("MSC") in this matter has been set for

11   August 1, 2025 at 8:30 a.m.

12      My colleague, Martin Roth, who has been designated Lead Counsel for

13   Instructure, will be attending the MSC in person.

14      On July 31, 2025, I will be attending a deposition in another matter, and due to

15   the late hour at which that deposition is anticipated to conclude, I am unable to schedule

16   travel to Los Angeles in time to attend the MSC in person.

17

18      I declare under penalty of perjury under the laws of the United States of America

19   that the foregoing is true and correct.

20

21   Executed on July 10, 2025, at Dallas, Texas.

22                          */s/ Olivia Adendorff*
                            Olivia Adendorff
23

24

25

26

27

28

1  Lori G. Feldman*
2  lfeldman@4-justice.com
   **GEORGE FELDMAN MCDONALD, PLLC**
3  102 Half Moon Bay Drive
4  Croton-On-Hudson, New York 10520
   Tel: (917) 983-9321
5  Fax: (888) 421-4173

6
   *Counsel for Plaintiffs and the Class*
7
   **pro hac vice* granted
8

9

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| JASMINE HERNANDEZ-SILVA, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>INSTRUCTURE, INC.,<br><br>                              Defendant. | Case No. 2:25-cv-02711-SB-MAA<br><br>**DECLARATION OF LORI G. FELDMAN IN SUPPORT OF REQUEST TO APPEAR VIRTUALLY**<br><br>**Complaint filed: Mar. 27, 2025**<br><br>**First Amended Complaint filed: May 8, 2025**<br><br>**Motion to Dismiss filed: June 2, 2025**<br><br>**Answer Due: TBD**<br><br>**Trial (Proposed): February 8, 2027** |

22

23

24

25

26

27

28

I, Lori G. Feldman, state the following facts are true to the best of my knowledge:

1.      I am an attorney admitted to practice law in New York and was admitted *pro hac vice* to appear before this Court. I am a partner at George Feldman McDonald, PLLC, and represent plaintiffs Jasmine Hernandez-Silva and Michael Silva (on behalf of their minor children M.C. 1 and M.C. 2), Heidi Saas (on behalf of her minor child M.C. 3), and Julianna Lorenzen (on behalf of her children M.C. 3 and M.C. 4) (collectively, "Plaintiffs") and the proposed Class in the above-captioned matter. If called upon as a witness, I could and would testify competently as to the matter set forth in this declaration.

2.      I respectfully submit this request to appear telephonically or by videoconference for the hearing and scheduling conference set for **Friday, August 1, 2025**. I am now scheduled for a minor orthopedic procedure in Westchester County, New York on July 31, 2025. The recovery from this procedure may interfere with my ability to comfortably travel to California to make an in-person appearance before this Court on August 1, 2025.

3.      I have the necessary technology to participate effectively via Zoom.

4.      I understand the Court's rules and protocols for Zoom proceedings, including decorum and mute/unmute procedures.

5.      I acknowledge the prohibition against recording, copying, photographing, or broadcasting court proceedings.

6.      Counsel for Defendant consent to this request.

//

//

//

- 1 -

DECLARATION OF LORI G. FELDMAN

7.      Accordingly, I respectfully request the Court to permit me to appear telephonically or by videoconference at the hearing and scheduling conference on **Friday, August 1, 2025**, pursuant to Local Civil Rule 16.1(d).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 10, 2025                    ___/s/Lori G. Feldman_____
                                                    Lori G. Feldman

- 2 -

OPPOSITION TO MOTION FOR PROTECTIVE ORDER