Melisa A. Rosadini-Knott
mrosadini@peifferwolf.com
(California Bar No. 316369)
**PEIFFER WOLF CARR KANE CONWAY & WISE LLP**
3435 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90010-1923
323-982-4109

Andrew Liddell*
andrew.liddell@edtech.law
Julie Liddell*
julie.liddell@edtech.law
**EDTECH LAW CENTER PLLC**
P.O. Box 300488
Austin, Texas 78705
(737) 351-5855

*Counsel for Plaintiffs & the Proposed Classes*

* *pro hac vice* granted

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE HERNANDEZ-SILVA and MICHAEL SILVA, on behalf of their minor children M.C. 1 and M.C. 2, HEIDI SAAS, on behalf of her minor child M.C. 3, and JULIANNA LORENZEN, on behalf of her minor children M.C. 4 and M.C. 5, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INSTRUCTURE, INC.,<br><br>Defendant. | Civ. No. 2:25-cv-02711-SB-MAA<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR RESPONSE IN OPPOSITION TO INSTRUCTURE'S MOTION TO DISMISS**<br><br>Date:   August 1, 2025<br>Time:   8:30 a.m.<br>Courtroom:  6C<br>Judge:  Hon. Stanley Blumenfeld, Jr. |

Plaintiffs Jasmine Hernandez-Silva, *et al*, respectfully notify the Court of the recent decision in *Jane Doe, et al v. GoodRX Holdings, Inc., et al*, No. 23-cv-00501-AMO, 2025 WL 2052302 (N.D. Cal. July 22, 2025), attached as Exhibit A. This decision, issued after Plaintiffs had filed their Response in Opposition to Instructure's Motion to Dismiss, is relevant to issues presented in Defendant's Motion to Dismiss, the hearing on which is set for August 1, 2025.

Dated:  July 23, 2025                    Respectfully submitted,

By: */s/ Julie Liddell*
Julie Liddell*
Andrew Liddell*
EDTECH LAW CENTER PLLC
P.O. Box 300488
Austin, Texas 78705
(737) 351-5855
julie.liddell@edtech.law
andrew.liddell@edtech.law

Brandon M. Wise*
**PEIFFER WOLF CARR**
**KANE CONWAY & WISE LLP**
One US Bank Plaza, Suite 1950
St. Louis, MO 63101
(314) 833-4825
bwise@peifferwolf.com

Andrew R. Tate*
**PEIFFER WOLF CARR**
**KANE CONWAY & WISE LLP**
235 Peachtree St. NE, Suite 400
Atlanta, GA 30303
(314) 669-3600
atate@peifferwolf.com

Melisa A. Rosadini-Knott
(California Bar No. 316369)
**PEIFFER WOLF CARR**

**KANE CONWAY & WISE LLP**
3435 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90010-1923
323-982-4109
mrosadini@peifferwolf.com

Lori G. Feldman*
**GEORGE FELDMAN MCDONALD, PLLC**
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
(917) 983-9321
LFeldman@4-Justice.com

Brittany L. Sackrin*
**GEORGE FELDMAN MCDONALD, PLLC**
9897 Lake Worth Road, Suite 302
Lake Worth, Florida 33467
(561) 232-6002
BSackrin@4-Justice.com

Karen Dahlberg O'Connell*
**ALMEIDA LAW GROUP LLC**
157 Columbus Ave, 4th Floor
New York NY 10023
(347) 395-5666
karen@almeidalawgroup.com

Britany A. Kabakov*
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
(708) 529-5418
britany@almeidalawgroup.com

* *pro hac vice* granted

*Counsel for Plaintiffs and the Proposed Classes*