Melisa A. Rosadini-Knott
mrosadini@peifferwolf.com
(California Bar No. 316369)
PEIFFER WOLF CARR
KANE CONWAY & WISE LLP
3435 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90010-1923
323-982-4109

Andrew Liddell*
andrew.liddell@edtech.law
Julie Liddell*
julie.liddell@edtech.law
EDTECH LAW CENTER PLLC
P.O. Box 300488
Austin, Texas 78705
(737) 351-5855

*Counsel for Plaintiffs and the Proposed Classes*

\* *pro hac vice granted*

[*additional counsel listed on signature page*]

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JASMINE HERNANDEZ-SILVA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> INSTRUCTURE, INC., <br><br> Defendant. | Civ. No. 2:25-cv-02711-SB-MAA <br><br> **PLAINTIFFS' UNOPPOSED MOTION TO VACATE HEARING AND ENTER FINAL ORDER ON DEFENDANT'S MOTION TO DISMISS, AND UPDATED NOTICE OF POSITION REGARDING AMENDMENT OF COMPLAINT** |

The afternoon following the August 1, 2025, hearing on Defendant's Motion to Dismiss, Plaintiffs filed a Notice of Position Regarding Amendment of Complaint [Dkt. 64] in which they indicated their intention to amend their First Amended Complaint by August 22, 2025, consistent with the ruling and guidance provided by the Court.

On August 12, 2025, pursuant to the Court's orders [Dkt. 67 at 13, Dkt. 69 at 34:18-35], Plaintiffs' counsel met with Defendant's counsel to explain the factual and legal bases for the contemplated amended complaint, which includes extensive review of Defendant's own public statements and admissions, client interviews, and in-depth expert forensic analysis and consultation.

Although it is Plaintiffs' position that any subsequent amended complaint would be amply supported by the available evidence, after further careful consideration of the facts and law, client consultation, and in the interest of Plaintiffs, members of the purported Class, and judicial economy, Plaintiffs have decided against amending their First Amended Complaint and intend to pursue an appeal.

Plaintiffs thus respectfully move the Court to (1) vacate the case-management hearing set for August 15, 2025, and (2) enter a final order dismissing Plaintiffs' remaining claims with prejudice so that Plaintiffs may promptly exercise their right of appeal.

Dated: August 13, 2025

By: *s/ Andrew Liddell*
Andrew Liddell* (Lead counsel)
Julie Liddell*
**EDTECH LAW CENTER PLLC**
P.O. Box 300488
Austin, Texas 78705
(737) 351-5855
andrew.liddell@edtech.law
julie.liddell@edtech.law

Melisa A. Rosadini-Knott
(California Bar No. 316369)
**PEIFFER WOLF CARR**
**KANE CONWAY & WISE LLP**
3435 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90010-1923
323-982-4109
rosadini@peifferwolf.com

Brandon M. Wise*
**PEIFFER WOLF CARR**
**KANE CONWAY & WISE LLP**
One US Bank Plaza, Suite 1950
St. Louis, MO 63101
(314) 833-4825
bwise@peifferwolf.com

Andrew R. Tate*
**PEIFFER WOLF CARR**
**KANE CONWAY & WISE LLP**
235 Peachtree St. NE, Suite 400
Atlanta, GA 30303
(314) 669-3600
atate@peifferwolf.com

Lori G. Feldman*
**GEORGE FELDMAN MCDONALD, PLLC**
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
(917) 983-9321
LFeldman@4-Justice.com
eService@4-justice.com

|   |   |
|---|---|
| 1 | Brittany L. Sackrin* |
| 2 | **GEORGE FELDMAN MCDONALD, PLLC** |
| 3 | 9897 Lake Worth Road, Suite 302 |
| 4 | Lake Worth, Florida 33467 |
|   | (561) 232-6002 |
| 5 | BSackrin@4-Justice.com |
| 6 | eService@4-Justice.com |

Brittany L. Sackrin*
**GEORGE FELDMAN MCDONALD, PLLC**
9897 Lake Worth Road, Suite 302
Lake Worth, Florida 33467
(561) 232-6002
BSackrin@4-Justice.com
eService@4-Justice.com

Karen Dahlberg O'Connell*
**ALMEIDA LAW GROUP LLC**
157 Columbus Ave, 4th Floor
New York NY 10023
(347) 395-5666
karen@almeidalawgroup.com

Britany A. Kabakov*
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
(708) 529-5418
britany@almeidalawgroup.com

\* *Pro hac vice Counsel for Plaintiffs and the Proposed Classes*

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2025, I served the foregoing document to counsel of record for all parties via e-mail.

                                          *s/ Andrew Liddell*
                                          Andrew Liddell

## CERTIFICATE OF CONFERENCE

I hereby certify that on August 12, 2025, I conferred with opposing counsel, including Lead Counsel, via videoconference as ordered by the Court at the August 1, 2025 hearing and pursuant to L.R. 7-3.

I further certify that on August 13, 2025, I received opposing counsel's permission to file the foregoing document as unopposed.

                                          *s/ Andrew Liddell*
                                          Andrew Liddell