UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JASMINE HERNANDEZ-SILVA et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>INSTRUCTURE, INC.,<br><br>        Defendant. | Case No. 2:25-cv-02711-SB-MAA<br><br><br>ORDER DISMISSING FIRST AMENDED COMPLAINT WITH PREJUDICE |

   Following the hearing on Defendant's motion to dismiss Plaintiffs' First Amended Complaint (FAC), Plaintiffs stated their intention to amend their pleading again.  Dkt. No. 64.  The Court subsequently granted Defendant's motion to dismiss the FAC and gave Plaintiffs leave to amend all but two of the claims. Dkt. No. 67.  The parties then met and conferred about the anticipated amendments.  Plaintiffs have now decided not to amend the FAC and request that the Court enter a final judgment dismissing their claims with prejudice.  Dkt. No. 71.  The request is granted.  Plaintiffs' individual claims are dismissed with prejudice for failure to state a claim and the putative-class claims are dismissed without prejudice.  The August 15 scheduling conference is vacated.

   A final judgment will be entered separately.

Date: August 14, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge