JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE HERNANDEZ-SILVA et al.,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>INSTRUCTURE, INC.,<br><br>　　　Defendant. | Case No. 2:25-cv-02711-SB-MAA<br><br>FINAL JUDGMENT |

　　　For the reasons stated in the order granting Defendant's motion to dismiss the First Amended Complaint (Dkt. No. 67) and the separate order of dismissal entered this day, Plaintiffs' individual claims are dismissed on the merits with prejudice. The claims on behalf of the putative class are dismissed without prejudice.

　　　This is a final judgment.

Date: August 14, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge