Melisa A. Rosadini-Knott
mrosadini@peifferwolf.com
(California Bar No. 316369)
**PEIFFER WOLF CARR KANE CONWAY & WISE LLP**
3435 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90010-1923
323-982-4109

Julie Liddell*
julie.liddell@edtech.law
**EdTech Law Center PLLC**
P.O. Box 300488
Austin, Texas 78705
(737) 351-5855

[*additional counsel listed on signature page*]

*Counsel for Plaintiffs & the Proposed Classes*

* *pro hac vice* granted

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE HERNANDEZ-SILVA and MICHAEL SILVA, on behalf of their minor children M.C. 1 and M.C. 2, HEIDI SAAS, on behalf of her minor child M.C. 3, and JULIANNA LORENZEN, on behalf of her minor children M.C. 4 and M.C. 5, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INSTRUCTURE, INC.,<br><br>Defendant. | Civ. No. 2:25-cv-02711-SB-MAA<br><br>**PLAINTIFFS' NOTICE OF APPEAL TO THE NINTH CIRCUIT** |

Notice is hereby given that Jasmine Hernandez-Silva and Michael Silva, on behalf of their minor children M.C. 1[1] and M.C. 2, Heidi Saas, on behalf of her minor child, M.C. 3, Julianna Lorenzen, on behalf of her minor children, M.C. 4 and M.C. 5, as well as on behalf of all other similarly situated individuals ("Plaintiffs"), hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment and order entered in this action on August 14, 2025, granting Defendant's motion to dismiss and dismissed the action with prejudice.

Pursuant to Federal Rule of Appellate Procedure 3(c)(1)(B), Plaintiffs also appeal from all prior orders and rulings that merged into that final judgment, including, but not limited to, the Court's order dated August 4, 2025, which is incorporated into the judgment by operation of law.

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Plaintiffs–Appellants' Representation Statement is attached to this Notice.

Dated: August 25, 2025

Respectfully submitted,

By: /s/ Julie Liddell

Julie Liddell*
Andrew Liddell*
**EDTECH LAW CENTER PLLC**
P.O. Box 300488
Austin, Texas 78705
(737) 351-5855
julie.liddell@edtech.law
andrew.liddell@edtech.law

Brandon M. Wise*
**PEIFFER WOLF CARR KANE CONWAY & WISE LLP**
One US Bank Plaza, Suite 1950

---

[1] Plaintiff-Appellant minor children's names have been anonymized, and they are referred to herein as Minor Child ("M.C.") 1, 2, 3, 4 and 5.

St. Louis, MO 63101
(314) 833-4825
bwise@peifferwolf.com

Andrew R. Tate*
**PEIFFER WOLF CARR KANE CONWAY & WISE LLP**
235 Peachtree St. NE, Suite 400
Atlanta, GA 30303
(314) 669-3600
atate@peifferwolf.com

Melisa A. Rosadini-Knott
(California Bar No. 316369)
**PEIFFER WOLF CARR KANE CONWAY & WISE LLP**
3435 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90010-1923
323-982-4109
mrosadini@peifferwolf.com

Lori G. Feldman*
**GEORGE FELDMAN MCDONALD, PLLC**
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
(917) 983-9321
LFeldman@4-Justice.com
eService@4-justice.com

Brittany L. Sackrin*
**GEORGE FELDMAN MCDONALD, PLLC**
9897 Lake Worth Road, Suite 302
Lake Worth, Florida 33467
(561) 232-6002
BSackrin@4-Justice.com
eService@4-Justice.com

Karen Dahlberg O'Connell*

**ALMEIDA LAW GROUP LLC**
157 Columbus Ave, 4th Floor
New York NY 10023
(347) 395-5666
karen@almeidalawgroup.com

Britany A. Kabakov*
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
(708) 529-5418
britany@almeidalawgroup.com

* *pro hac vice* granted

*Counsel for Plaintiffs and the Proposed Classes*