No. 25-5438

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

JASMINE HERNANDEZ-SILVA and MICHAEL SILVA,
on behalf of their minor children M.C. 1 and M.C. 2,
HEIDI SAAS, on behalf of her minor child M.C. 3, and
JULIANNA LORENZEN, on behalf of her minor children M.C. 4 and M.C. 5,
individually and on behalf of all others similarly situated,

*Plaintiffs-Appellants*,

v.

INSTRUCTURE, INC.,

*Defendant-Appellee*.

Appeal From The United States District Court
for the Central District Of California
Civ. No. 2:25-cv-02711-SB-MAA
Hon. Stanley Blumenfeld

_____

**[CORRECTED] REPRESENTATION STATEMENT**

_____

                                                  Julie Liddell
                                                  Andrew Liddell
                                                  **EDTECH LAW CENTER PLLC**
                                                  P.O. Box 300488
                                                  Austin, Texas 78705
                                                  (737) 351-5855
                                                  julie.liddell@edtech.law
                                                  andrew.liddell@edtech.law
                                                  *Counsel for Plaintiffs-Appellants*

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Plaintiffs–Appellants submit this Representation Statement.

Plaintiffs–Appellants are represented by the following counsel:

Julie Liddell
Andrew Liddell
EDTECH LAW CENTER PLLC
P.O. Box 300488
Austin, Texas 78705
(737) 351-5855
julie.liddell@edtech.law
andrew.liddell@edtech.law

Brandon M. Wise
PEIFFER WOLF CARR
KANE CONWAY & WISE LLP
One US Bank Plaza, Suite 1950
St. Louis, MO 63101
(314) 833-4825
bwise@peifferwolf.com

Andrew R. Tate
PEIFFER WOLF CARR
KANE CONWAY & WISE LLP
235 Peachtree St. NE, Suite 400
Atlanta, GA 30303
(314) 669-3600
atate@peifferwolf.com

Melisa A. Rosadini-Knott
(California Bar No. 316369)
PEIFFER WOLF CARR
KANE CONWAY & WISE LLP
3435 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90010-1923
323-982-4109
mrosadini@peifferwolf.com

Lori G. Feldman
GEORGE FELDMAN MCDONALD, PLLC
102 Half Moon Bay Drive

Croton-on-Hudson, NY 10520
(917) 983-9321
LFeldman@4-Justice.com
eService@4-justice.com

Brittany L. Sackrin
GEORGE FELDMAN MCDONALD, PLLC
9897 Lake Worth Road, Suite 302
Lake Worth, Florida 33467
(561) 232-6002
BSackrin@4-Justice.com
eService@4-Justice.com

Karen Dahlberg O'Connell
ALMEIDA LAW GROUP LLC
157 Columbus Ave, 4th Floor
New York NY 10023
(347) 395-5666
karen@almeidalawgroup.com

Britany A. Kabakov
ALMEIDA LAW GROUP LLC
849 W. Webster Avenue
Chicago, Illinois 60614
(708) 529-5418
britany@almeidalawgroup.com

Defendant–Appellee is represented by:

Robyn E. Bladow
Kirkland & Ellis LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Telephone: (213) 680-8400
Email: rbladow@kirkland.com

Martin L. Roth
Alyssa C. Kalisky
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000

Email: martin.roth@kirkland.com
Email: alyssa.kalisky@kirkland.com

Mark McKane
Kirkland & Ellis LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Email: mark.mckane@kirkland.com

Olivia Adendorff
Kirkland & Ellis LLP
4550 Travis Street
Dallas, TX 75205
Telephone: (214) 972-1770
Email: olivia.adendorff@kirkland.com

Dated: August 29, 2025

Respectfully submitted,

By: */s/ Julie Liddell*

Julie Liddell
Andrew Liddell
**EDTECH LAW CENTER PLLC**
P.O. Box 300488
Austin, Texas 78705
(737) 351-5855
julie.liddell@edtech.law
andrew.liddell@edtech.law

Brandon M. Wise
**PEIFFER WOLF CARR
KANE CONWAY & WISE LLP**
One US Bank Plaza, Suite 1950
St. Louis, MO 63101
(314) 833-4825
bwise@peifferwolf.com

Andrew R. Tate
**PEIFFER WOLF CARR
KANE CONWAY & WISE LLP**
235 Peachtree St. NE, Suite 400

Atlanta, GA 30303
(314) 669-3600
atate@peifferwolf.com

Melisa A. Rosadini-Knott
(California Bar No. 316369)
**PEIFFER WOLF CARR KANE CONWAY & WISE LLP**
3435 Wilshire Blvd., Ste. 1400
Los Angeles, CA 90010-1923
323-982-4109
mrosadini@peifferwolf.com

Lori G. Feldman
**GEORGE FELDMAN MCDONALD, PLLC**
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
(917) 983-9321
LFeldman@4-Justice.com
eService@4-justice.com

Brittany L. Sackrin
**GEORGE FELDMAN MCDONALD, PLLC**
9897 Lake Worth Road, Suite 302
Lake Worth, Florida 33467
(561) 232-6002
BSackrin@4-Justice.com
eService@4-Justice.com

Karen Dahlberg O'Connell
**ALMEIDA LAW GROUP LLC**
157 Columbus Ave, 4th Floor
New York NY 10023
(347) 395-5666
karen@almeidalawgroup.com

Britany A. Kabakov
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614

(708) 529-5418
britany@almeidalawgroup.com

*Counsel for Plaintiffs-Appellants*

Case 2:25-cv-02711-SB-MAA   Document 76   Filed 08/29/25   Page 6 of 7   Page ID #:642

## Circuit Rule 3-2. Representation Statement

The undersigned represents Plaintiffs-Appellants in this matter, and no other party. *See* Fed. R. App. P. 12(b); Cir. R. 3-2(b).